IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLENVIEW LUXURY IMPORTS, LLC, <br> an Illinois limited liability company, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No.: <br> Judge: <br> Magistrate Judge: |
| v. | ) <br> ) | |
| GUARDIAN AUTO TRANSPORT, LLC, <br> an Illinois limited liability company, <br> IDELIVERY, INC., an Ohio corporation, <br> and GDEKA, INC., an Ohio corporation, | ) <br> ) <br> ) <br> ) <br> ) | NOTICE OF REMOVAL <br> JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF REMOVAL

AND NOW comes the Defendant, GDEKA, INC., and Ohio Corporation, by its attorneys McCoy Leavitt Laskey, LLC pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby gives notice of removal of the above-captioned action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois. In support of removal, Defendant alleges and shows to the Court as follows:

### I.  STATEMENT OF THE CASE

1.  This matter was commenced by Complaint filed June 17, 2022 in the State Court of Illinois, Cook County, captioned *Glenview Luxury Imports, LLC v. Guardian Auto Transport, LLC, iDelivery, Inc., and Gdeka, Inc.,* Case No. 2022L005517.

2.  A true and correct copy of the above-referenced Complaint is attached hereto as **Exhibit "A"**.

3.      This is a civil action in which the Plaintiff claims damages to a certain vehicle (hereafter "VEHICLE") that occurred while the above Defendants transported the same from Illinois to Kansas.

4.      Plaintiff alleges that the VEHICLE was damaged while in transit and asserts the following claims; (1) Breach of Contract; (2) Negligent Hiring, Selection & Retention; (3) Violation of the Consumer Fraud & Deceptive Practices Act; and (4) Negligence. The Plaintiff seeks damages in excess of $100,000.00, plus costs. (**Ex. A**.)

## II.      REMOVAL IS TIMELY

5.      Pursuant to 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

6.      Defendant Gdeka, Inc. was served with a Summons in the above-noted matter on July 13, 2022.

7.      Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

## III.      CONSENT TO REMOVAL

8.      This Notice of Removal is proper under 28 U.S.C. § 1446.

9.      28 U.S.C. § 1446(b)(2)(A) states, "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action."

10.      This is commonly referred to as the "rule of unanimity."

11. However, "An exception to the rule of unanimity applies where less than all defendants have been served at the time of removal. In such a case, for removal to be proper, it is held that only the defendants served at the time of removal need join, or consent to, the notice of removal. *Wolfe v. Green*, 660 F. Supp. 2d 738, 744 (S.D. W.Va. 2009).

12. Further, "A Notice of Removal filed by less than all defendants 'is considered defective if it does not contain an explanation for the non-joinder of those defendants.'" *Klein v. Manor Healthcare Corp.,* 19 F.3d 1433 n. 8 (6th Cir. 1994) (*quoting Hicks v. Emery Worldwide, Inc.,* 254 F. Supp. 2d 968, 972–73 (S.D. Ohio 2003)).

13. As of the date of this Notice of Removal, the above-named Defendant iDelivery, Inc. has not been served and therefore cannot consent to this Notice of Removal.

14. Proof of serviced was issued to defendant Guardian Auto Transport, LLC on July 25, 2022.

15. Counsel for Defendant Guardian Auto Transport, attorney Michael D. Lee, with the law offices of Kelleher Holland consented to this removal by telephone conference on August 15, 2022.

16. Based on 28 U.S.C. § 1446(b)(2)(A), and relevant case law, this Notice of Removal is valid.

**IV.      BASIS FOR REMOVAL – FEDERAL PREEMPTION**

17. The United States District Court has original jurisdiction over this litigation filed in state court pursuant to 28 U.S.C. §§ 1331 and 1337 because the Complaint alleges a violation of state law which is preempted under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C.A. § 14706.

18.     This case may be removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 1331 and 1337 because it is a civil action relating to a federal question.

19.     The Carmack Amendment, 49 U.S.C.A. § 14706, regulates the relationship between shipping companies and the owners of goods in interstate commerce.

20.     The general rule is that an interstate carrier is strictly liable for damages up to "the actual loss or injury to the property caused by (A) the receiving carrier, (B) the delivering carrier, or (C) [certain intermediary carriers]." *Certain Underwriters at Int. at Lloyds of London v. United Parcel Serv. of Am., Inc.*, 762 F.3d 332, 335 (3d Cir. 2014).

21.     "The Courts of Appeals have also unanimously held that the Carmack Amendment 'preempts all state or common law remedies available to a shipper against a carrier for loss or damage to interstate shipments.' They have dismissed state and common law claims for breach of contract, negligence, conversion and every other action for loss of or injury to a shipment of goods . . . ." *Id*. at 335-36 (*quoting N. Am. Van Lines, Inc. v. Pinkerton Sec. Sys., Inc.,* 89 F.3d 452, 456 (7th Cir. 1996)).

22.     The Complaint alleges that Defendant Gdeka, Inc. was hired to transport the subject vehicle from Illinois to Kansas.

23.     The Plaintiff's Complaint further alleges at Count III alleges a violation of the Illinois Consumer Fraud and Deceptive Practices Act under 815 ILCS § 505.

24.     The Illinois Consumer Fraud and Deceptive Practices Act is a "'regulatory and remedial statute intended to protect consumers . . .  against fraud, unfair methods of competition, and other unfair and deceptive business practices.'" *Geske v. PNY Techs., Inc*., 503 F. Supp. 3d

687, 704 (N.D. Ill. 2020) ( *quoting Robinson v. Toyota Motor Credit Corp.,* 416–17, 775 N.E.2d 951 (2002)).

25.     Further, the Illinois Consumer Fraud and Deceptive Practices Act prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact . . . in the conduct of trade or commerce . . . whether any person has in fact been misled, deceived or damaged thereby." *Geske v. PNY Techs., Inc.*, 503 F. Supp. 3d 687, 704 (N.D. Ill. 2020).

26.     Defendant Gdeka, Inc. was operating as a motor carrier of property at all times relevant to the Complaint.

27.     This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1337 because it is a civil action relating to a federal question. Specifically, Congress' regulation of commerce through the Carmack Amendment.

**V.     VENUE**

28.     28 U.S.C. 1441(a) reads, "Except as otherwise expressly provided by Act of Congress, any civil action brought in a **State court** of which the district courts of the United **States** have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United **States** for the district and division embracing the place where such action is pending."

29.     Since this Honorable Court has original jurisdiction over this matter, and the Circuit Court of Cook County, Illinoi sits in this Honorable Court's jurisdiction, venue in the Northern District of Illinois is appropriate under 28 U.S.C. 1441(a).

## VI.    FULL COMPLIANCE

30.    Pursuant to 28 U.S.C. § 1446(d), Defendant Gdeka, Inc. is filing this Notice of Removal with the clerk for the state court in which the State Court Action was originally filed. Copies of the Notice to the Circuit Court of Cook County, State of Illinois, County Department, Law Division, together with this Notice of Removal with exhibits, are being served upon all parties through their attorneys of record pursuant to 28 U.S.C. § 1446(d).

31.    Copies of all pleadings, process, and orders in the state court lawsuit are attached hereto as Exhibit B.

WHEREFORE, Defendant Gdeka, Inc. hereby removes the above-captioned action now pending against it in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois to assume full jurisdiction over this action as provided by law.

Respectfully submitted,

MCCOY LEAVITT LASKEY LLC
Counsel for Defendant Gdeka, Inc.

Dated: August 15, 2022          By     /s/ Nicholas D. Harken
                                        Nicholas D. Harken
                                        ARDC No. 6323356
                                        N19 W24200 Riverwood Drive, Suite 125
                                        Waukesha, WI  53188
                                        Phone: 262-522-7014
                                        Fax: 262-522-7020
                                        nharken@mlllaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 15, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel of record to be served electronically, and also provided a direct email copy to opposing counsels at: steve@lymanlawus.com and mlee@kelleherholland.com.

Steve M. Varhola, Esq.
Lyman Law Firm, LLC
227 W. Monroe St.
Chicago, Illinois 60606
Direct: 312-762-9517

Michael D. Lee, Esq.
Kelleher Holland
102 S. Wynstone Park Drive
North Barrington, Illinois 60010
(847) 382-9195

/s/ *Nicholas D. Harken*
Nicholas D. Harken

Il Law Division initial Case Management Dates will be heard via ZOOM.
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court date: 9/15/2022 9:30 AM

FILED
6/17/2022 4:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005517
Calendar, T
18339401

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

GLENVIEW LUXURY IMPORTS, LLC,
an Illinois limited liability company,

                Plaintiff,

v.

GUARDIAN AUTO TRANSPORT, LLC,
an Illinois limited liability company,
IDELIVERY, INC., an Ohio corporation,
and GDEKA, INC., an Ohio corporation,

                Defendants.

Case No.  2022L005517

### COMPLAINT FOR BREACH OF CONTRACT AND OTHER RELIEF

Plaintiff, GLENVIEW LUXURY IMPORTS, LLC, an Illinois limited liability company,
by and through its counsel, LYMAN LAW FIRM, LLC, as for its Complaint for Breach of
Contract and Other Relief against Defendants, GUARDIAN AUTO TRANSPORT, LLC, an
Illinois limited liability company, IDELIVERY, INC., an Ohio corporation, and GDEKA, INC.,
an Ohio corporation (collectively, the "Defendants"), states as follows:

#### Preliminary Statement

1.　　This action involves the reckless and negligent delivery by a carrier of a 2022
Porsche Cayenne, VIN WP1BK2AY7NDA60049 ("Vehicle"), from Plaintiff's dealership to a
buyer in Kansas.　The vehicle was substantially damaged during transport.　The buyer rejected
the delivery.　Plaintiff seeks damages from the automobile broker who breached the shipping
contract and negligently selected the carrier to transport the Vehicle.　In addition, Plaintiff seeks
damages from the Defendants for the cost to repair the Vehicle and the diminished value of the
Vehicle resulting from the damage.

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

## Parties

2.      Plaintiff, GLENVIEW LUXURY IMPORTS, LLC ("Glenview"), is an Illinois limited liability company that operates an automobile dealership that buys and sells high-end luxury vehicle in Cook County, Illinois.

3.      Defendant, GUARDIAN AUTO TRANSPORT, LLC ("Guardian"), is an Illinois limited liability company that operates as an automobile broker/carrier business in Cook County, Illinois.

4.      Upon information and belief, Defendant, IDELIVERY, INC. ("iDelivery"), is an Ohio corporation that at all relevant times operated as a carrier of automobiles and is a part of Guardian's preferred network of carriers.

5.      Upon information and belief, Defendant, GDEKA, INC. ("Gdeka"), is an Ohio corporation that at all relevant times operated as a carrier of automobiles and is a part of Guardian's preferred network of carriers.

### Jurisdiction & Venue

6.      Jurisdiction and venue are proper because the transaction out of which this claim arose, or some part thereof, occurred in Cook County, Illinois.

### Facts Common to Each Count

7.      At all relevant times, Guardian held itself out as an experienced automobile broker who works with its 27,000-strong, dedicated carrier network to engage the services of carriers to pick up and deliver automobiles for third-party shippers.

8.      Guardian's website[1] states that its goal is "to give you the kind of service you would receive if a reliable family member personally drove your car transport."

---

[1] https://guardianautotransport.com as of June 16, 2022.

2

* 5 0 1 8 1 2 8 0 *

9.    Guardian represents that it only uses the highest-rated carriers in the auto shipping industry.[2]

10.    With respect to its 27,000-strong, dedicated carrier network, Guardian represents that it conducts extensive driver and carrier compliance checks.    Specifically, Guardian represents:

> Every single carrier we work with must go through our stringent vetting and compliance check process. If there are any issues of negligence, we simply cannot and do not see the carrier as the right fit for the Guardian Auto Transport promise.
>
> Your car is fully insured from the time it is loaded on the trailer to the time it is unloaded. The carrier's insurance policy covers, at minimum, $100,000.[3]

11.    Guardian further represents and promises complete insurance coverage for each shipment.  Specifically, Guardian advertises and represents as follows:

> Some companies try to keep their shipping costs low while cutting on incredibly essential features of service like insurance.    At Guardian Auto Transport, our car shipping process includes full coverage for your car transport.
>
> From the time your car steps onto the transport trailer to the time it unloads at your travel destination, its exteriors are insured under an insurance policy that covers a minimum of $100,000.[4]

12.    At all relevant times, Guardian has been bonded as a broker with the Federal Motor Carrier Safety Association ("FMCSA").

13.    At all relevant times, iDelivery and Gdeka have been bonded as carriers with the FMCSA.

14.    At all relevant times, iDelivery and/or Gdeka were acting as agents of Guardian.

---

[2] https://guardianautotransport.com as of June 16, 2022.
[3] https://guardianautotransport.com as of June 16, 2022.
[4] https://guardianautotransport.com as of June 16, 2022.

3

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

15.    On or about Aril 27, 2022, based in part on the representations above, Glenview contacted Guardian, obtained a quote to procure a carrier from within its dedicated carrier network to pick up and deliver the Vehicle to a buyer in Olathe, Kansas, agreed to the quote, and Guardian accepted the assignment ("Contract").

16.    On or about April 28, 2022, Guardian selected iDelivery from its network of carriers to transport the Vehicle. See a true and accurate copy of the Dispatcher Order attached as Exhibit A.

17.    On or about April 28, 2022, at approximately 4:51 PM CST, iDelivery retrieved the Vehicle and completed an inspection report of the Vehicle that did not identify any existing damage to the Vehicle. See a true and accurate copy of the electronic Bill of Lading No. 25549909 attached as Exhibit B.

18.    After iDelivery retrieved the Vehicle, on April 28, 2022, its truck broke down. Upon information and belief, Guardian and/or iDelivery enlisted, requested, and/or contracted with Gdeka to transfer the Vehicle to its trailer and deliver it to the buyer in Olathe, Kansas.

19.    While in the possession and under the control of iDelivery and/or Gdeka, the Vehicle sustained significant damage, which the driver photographed. See a true and accurate copy of various photographs attached as group Exhibit C.

20.    On or about April 28–30, 2022, the buyer in Olathe, Kansas rejected delivery of the Vehicle and rescinded his purchase of the Vehicle, and the Vehicle was subsequently returned to Glenview.

21.    The Vehicle has sustained damage and requires repairs in an amount more than $84,000.00 and has, upon information and belief, diminished significantly in value by over $35,000.00. See a true and accurate copy of the damage repair estimate attached as Exhibit D.

4

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



\* 5 0 1 8 1 2 8 0 \*

22.     Glenview has demanded the Defendants to reimburse it for all the damages to the Vehicle.

23.     To date, Defendants have failed or refused to reimburse Glenview for the cost to repair and the diminished value of the Vehicle.

**COUNT I**

**BREACH OF CONTRACT**

24.     Glenview restates and realleges paragraphs 1 through 23 as paragraph 24 of Count I as if fully alleged herein.

25.     The Contract in a binding agreement between Glenview and Guardian.

26.     Guardian accepted and received the benefits of the Contract. See, Ex. A.

27.     Glenview has performed all its obligations under the Contract. See, Ex. A.

28.     The Contract required Guardian to facilitate the pickup and delivery of the Vehicle in its original condition to the Kansas destination. See, Ex. A.

29.     Guardian has breached the Contract by failing to facilitate the pickup and transport of the Vehicle in its original condition to the Kansas destination.

30.     Guardian has breached the Contract by failing to ensure that the Vehicle was fully insured from the time it was loaded on the trailer to the time it was unload.

31.     Guardian has breached the Contract by failing to ensure that iDelivery and/or Gdeka would insure the Vehicle and the damage thereto.

32.     Glenview has made repeated demands on Guardian to pay for the repair costs and diminished value of the Vehicle arising from damage to the Vehicle.

33.     Guardian has failed or refused to pay Glenview for the repair costs and diminished value of the Vehicle.

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



\* 5 0 1 8 1 2 8 0 \*

34. As a direct result and consequence of Guardian's breaches of the Contract, Glenview has been substantially damaged and continues to be damaged.

WHEREFORE, Plaintiff, GLENVIEW LUXURY IMPORTS, LLC, respectfully requests this Court to grant judgment in its favor and against Defendant, GUARDIAN AUTO TRANSPORT, LLC, in an amount more than $100,000.00 to be determined at trial plus costs, and for any other relief that this Court deems just and appropriate.

COUNT II

NEGLIGENT HIRING, SELECTION, AND RETENTION

35. Glenview restates and realleges paragraphs 1 through 23 as paragraph 35 of Count II as if fully alleged herein.

36. As a business that offers a dedicated network of carriers to the public, Guardian has a duty to conduct an extensive investigation of its carriers and is expected to exercise better judgment in their selection than an entity that does not routinely employ carriers.

37. Guardian's representations that it conducts extensive driver and carrier compliance checks, that every single carrier it works with must go through our stringent vetting and compliance check process, that your car is fully insured from the time it is loaded on the trailer to the time it is unload, and that it only uses the highest-rated carriers in the auto shipping industry requires Guardian to use reasonable care in selecting the carriers in its dedicated, network of carriers.

38. Guardian's duty to use reasonable care in the selection of its carriers includes the duty to investigate to confirm that its carriers maintain proper and adequate liability insurance, do not have extensive claims histories, and have good safety records.

6

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



\* 5 0 1 8 1 2 8 0 \*

39. Guardian knew or should have known that iDelivery and Gdeka were unfit to transport the Vehicle.

40. Guardian violated its duty of care and negligently selected iDelivery and/or Gdeka to transport the Vehicle in one or more of the following ways by failing to:

a. Ascertain whether iDelivery and/or Gdeka maintained active and adequate liability insurance coverage at the time that it contracted to ship the Vehicle;

b. Ensure that iDelivery and/or Gdeka complied with all of Guardian's rules and regulations related to the transport of the Vehicle;

c. Conduct an investigation and/or internally monitor the safety status of iDelivery and/or Gdeka, ensure that iDelivery and/or Gdeka were appropriately licensed and certified, and require a "satisfactory" safety rating in its contracts with its carriers.

d. Take notice that iDelivery and/or Gdeka had only been existence for 8 months or less at the time of the shipment of the Vehicle; and/or

e. Maintain an internal record of contracts at each carrier, including iDelivery and Gdeka, to ensure they are not changing their branding to avoid poor safety ratings.

41. Since iDelivery and Gdeka were acting as agents of Guardian, Guardian is subject to liability for the damage done to the Vehicle caused by iDelivery or Gdeka because it was proximately caused by Guardian's negligence in selecting iDelivery or Gdeka to transport the Vehicle.

WHEREFORE, Plaintiff, GLENVIEW LUXURY IMPORTS, LLC, respectfully requests this Court to grant judgment in its favor and against Defendant, GUARDIAN AUTO TRANSPORT, LLC, in an amount more than $100,000.00 to be determined at trial plus costs, and for any other relief that this Court deems just and appropriate.

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

## COUNT III

### VIOLATION OF THE CONSUMER FRAUD AND DECEPTIVE PRACTICES ACT

42.     Glenview restates and realleges paragraphs 1 through 23 as paragraph 42 of Count III as if fully alleged herein.

43.     At all relevant times, there was in effect in the State of Illinois a statute known as the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq*. ("Act").

44.     Guardian was at all relevant times engaged in trade and/or commerce in Illinois.

45.     Guardian engaged in unfair and deceptive acts and practices in violation of 815 ILCS 505/2 by falsely representing that:

    a.    It is has a 27,000-strong, dedicated carrier network to engage the services of carriers to pick up and deliver automobiles for third-party shippers;

    b.    It only uses the highest-rated carriers in the auto shipping industry;

    c.    It conducts extensive driver and carrier compliance checks on each of its 27,000-strong, dedicated carrier network;

    d.    Every single carrier it works with must go through our stringent vetting and compliance check process;

    e.    Your car is fully insured from the time it is loaded on the trailer to the time it is unloaded;

    f.    Our car shipping process includes full coverage for your car transport;

    g.    From the time your car steps onto the transport trailer to the time it unloads at your travel destination, its exteriors are insured under an insurance policy that covers a minimum of $100,000; and/or

    h.    iDelivery and Gdeka were a part of its 27,000–strong, dedicated carrier network.

46.     The representations above were made with the intent that Glenview rely on them.

47.     The representations above were false, untrue, or deceptive.

8

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

48.     The representations above were known to be false, untrue, or deceptive at the time they were made by Guardian or Guardian made the representations above in reckless disregard of the truth or falsity of the same.

49.     As a result of Guardian's conduct, Glenview has been defrauded and suffered substantial damages.

WHEREFORE, Plaintiff, GLENVIEW LUXURY IMPORTS, LLC, respectfully requests this Court to grant judgment in its favor and against Defendant, GUARDIAN AUTO TRANSPORT, LLC, in an amount more than $100,000.00 to be determined at trial plus attorneys' fees and costs, and for any other relief that this Court deems just and appropriate.

COUNT IV

NEGLIGENCE

50.     Glenview restates and realleges paragraphs 1 through 23 as paragraph 50 of Count IV as if fully alleged herein.

51.     At all relevant times, iDelivery and Gdeka owed Glenview a duty to exercise the highest degree of care while transporting the Vehicle.

52.     iDelivery and/or Gdeka breached that duty when they negligently transported and caused damage to the Vehicle.

53.     iDelivery and/or Gdeka's reckless and/or negligent transportation of the Vehicle caused Glenview's Vehicle to sustain significant damages.

54.     Glenview has, or will, incur substantial cost associated with repairing the damage to the Vehicle and the diminution in value of the Vehicle as a result of the damage proximately caused by iDelivery and/or Gdeka.

9

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

55.     As a direct result and consequence of iDelivery and/or Gdeka's negligence, Glenview has been substantially damaged and continues to be damaged.

WHEREFORE, Plaintiff, GLENVIEW LUXURY IMPORTS, LLC, respectfully requests this Court to grant judgment in its favor and against Defendants, IDELIVERY, INC. and GDEKA, INC., jointly and severally, in an amount more than $100,000.00 to be determined at trial plus costs, and for any other relief that this Court deems just and appropriate.

Respectfully submitted,

GLENVIEW LUXURY IMPORTS, LLC

_____
One of Its Attorneys

Steve M. Varhola
LYMAN LAW FIRM, LLC
227 West Monroe Street, Suite 2650
Chicago, Illinois 60606
(312) 762-9517
steve@lymanlawus.com

10

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

Il Law Division initial Case Management Dates will be heard via ZOOM.
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court date: 9/1/2022 9:30 AM



* 5 0 1 8 1 2 8 0 *
FILED
6/17/2022 4:37 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005517
Calendar, T
18339401

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

## Guardian Auto Transport    Order ID: 25549909.LSTE    Dispatch Sheet

Shipper

275 12th St Wheeling
Wheeling, Illinois 60090
Co. Phone: +18477480303
Email: dispatch@guardianautotransport.com



### Carrier Information

Carrier: IDELIVERY INC
545 Metro Pl S Ste 100
Dublin, Ohio 43017

Contact: Dmitriy Besmeltnov
Phone: +18124180060
Email: ideliverycorp@gmail.com

### Order Information

Dispatch Date: 04/28/2022
Carrier Pickup Exact: 04/28/2022
Carrier Delivery Exact: 04/30/2022
Ship Via: ENCLOSED
Condition: Operable

Total Payment to Carrier: $550.00
Payment terms: Quickpay
Shipper owes Carrier: $550.00
Billing Information
Contact:
Phone:
Email:,

### Vehicle Information                                    Total Vehicles: 1

| # | Vehicle | Type | Color | VIN | Lot# |
|---|---------|------|-------|-----|------|
| 1 | 2022 Porsche Cayenne | SUV | | WP1BK2AY7NDA60049 | |

### Pickup Information                    Delivery Information

Name: Jimmy
Glenview Luxury Imports
301 Waukegan Rd
Glenview, IL 60025
Phone: (847) 630-8301
Mobile:,
Notes: Please take as many pictures as
possible. Including the ODOMETER and VIN#
Don't forget Bottoms of Bumpers and Rims,
Roof and All Glass. Any minor blemish or
scratch. We need all pictures upon completion
of BOL to close out each order Thank you and
Drive Safe Must take a minimum of two interior
photos as well https://tinyurl.com/dispatch-
instruction

Name:
Residence

Olathe, KS 66062
Phone:
Mobile:
Notes: Please take as many pictures as
possible. Including the ODOMETER and VIN#
Don't forget Bottoms of Bumpers and Rims.
Roof and All Glass. Any minor blemish or
scratch. We need all pictures upon completion
of BOL to close out each order Thank you and
Drive Safe Must take a minimum of two interior
photos as well https://tinyurl.com/dispatch-
instruction



---

**DISPATCH INSTRUCTIONS**
Pickup on Thursday and delivery by Friday, Saturday at latest. Please make sure the driver takes at least 10 pictures of
the vehicle at both pickup and delivery and uploads the pictures to Super Dispatch.

Please take as many pictures as possible.
Including the ODOMETER and VIN#
Don't forget Bottoms of Bumpers and Rims.
Roof and All Glass.
Any minor blemish or scratch.

---

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

* 5 0 1 8 1 2 8 0 *

We need all pictures upon completion of BOL to close out each order
Thank you and Drive Safe
Must take a minimum of two interior photos as well
https://tinyurl.com/dispatch-instruction

**CONTRACT TERMS \*\*\*PLEASE READ CAREFULLY\*\*\***
**Please provide at least 24-hour notice to the customer before Pickup and Delivery. Please complete a careful inspection of the vehicle on Pickup.**

Carrier Terms & Agreement

Orders Delivered Thursday - Tuesday before 1159 PM CST Will be paid out to the carrier on Every Wednesday at 5pm.
Orders Delivered on a Wednesday(s) will be paid out the next business day. Thursday (Unless bank Holiday)
WE PAY BY E-CHECK EVERY WED. TO BE PAID OUT WE NEED A BOL & INVOICE PICK UP & DELIVERY PHOTOS. NO PAYMENT WILL BE ISSUED UNTIL ABOVE ITEMS ARE EMAILED TO: dispatch@guardianautotransport.com

Carrier must call at least 24 hour in advance of the pick-up and delivery to make arrangements with designated contacts. Carrier must call the the pick-up and delivery contacts at least 4 hours in advance on the day of service.
Carrier must pick up and deliver the vehicle at the addresses specified in the transport order. If it is not possible to get to either the pick-up or delivery location, the carrier must notify Guardian Auto Transport and communicate that to the customer in advance of the pickup.
Carrier shall not, under any circumstances aside from loading and unloading, drive any vehicle consigned to them unless given specific approval from Guardian Auto Transport and the shipper. Driving Vehicles without authorization will result in non-payment of carriage as well as any additional imposed penalties. These include but are not limited to additional mileage charges and any wear and tear on the vehicle.
Any vehicle verified is operable but found to be inoperable must have inoperable rate fees approved by the shipper and communicated to Guardian Auto Transport prior to pick up at origin. All accessorial and additional charges MUST be approved by Guardian Auto Transport.
By accepting the transport order from Guardian Auto Transport, the carrier understands that in the case of cancellation after dispatch, Guardian Auto Transport will not be liable for any dry run fees of any kind.
Carrier will be responsible for loading and unloading of all shipments.
Carrier shall not pick up any vehicle before the customer specified available date if specified.
Carrier must notify Guardian Auto Transport of any charges that are made from the original transport order. Failure to do so will delay payment.
Carrier must notify Guardian Auto Transport if your estimated pick-up or dropoff dates change from the dates that you provided to Guardian Auto Transport on the Transport Order by calling (847) 748-0303 option 3, or emailing dispatch@guardianautotransport.com.
Carrier must notify Guardian Auto Transport within 2 hours after the load is picked up and delivered by calling (847) 748-0303 option 3, or emailing dispatch@guardianautotransport.com.
If Carrier does not have legibly printed names and signatures from both origin and destination locations then Carrier will be responsible for any damage claims that may arise from such negligence. If the pickup location refuses to sign the bill of lading then you must contact Guardian Auto Transport and email a copy of the bill of lading to us before loading the vehicle.
Carrier must remain in communication with Guardian Auto Transport and the customer throughout the duration of the transport order. Failure to do so will result in a negative rating.
Carrier must submit bill of lading with clearly legible signatures with both pickup and delivery contacts and an invoice to Guardian Auto Transport to receive payment. Please email all payment inquiries to dispatch@guardianautotransport.com.
Prior to his performance of any Services Under this agreement, Carrier will have its insurance agent or insurance company provide to Guardian Auto Transport, LLC certificates of insurance evidencing the below required insurance. Such certificates of insurance shall show Guardian Auto Transport, LLC and any such affiliates as a certificate holder on their policy. Carrier must also provide copies of any required insurance policies to Guardian Auto Transport upon request.
Guardian Auto Transport reserves the right to withhold carrier payment for damages to vehicles or property during transport until resolution period is concluded.
Carrier must meet or exceed the following insurance requirements
Automobile liability insurance: $1,000,000 (USD) combined single limit for bodily injury and property damage
Worker's compensation: as required by law
General Liability: Limited to $1,000,000 per occurrence, $2,000,000 aggregate (USD) for bodily injury and property damage.
Cargo Insurance
1-3 car
$100,000
4-6 car
$200,000
7-9 car
$250,000
10 and above (used car)
$250,000



\* 5 0 1 8 1 2 8 0 \*

10 and above (new car)
$350,000

**Broker Order GUID:**e6625a1e-18e9-4f79-87ea-93d1461c8d8d

Powered by SuperDispatch

This agreement is made by and between a "Carrier" and a "Broker / Shipper". Super Dispatch Inc. and its affiliates are not party to this agreement. Super Dispatch Inc. and affiliates have no obligation under this agreement and expressly disclaim any and all liability and warranties arising out of, or in connection with this agreement. By accepting this agreement the "Broker / Shipper" confirm it has rights to transport the vehicle(s) and authorizes the "Carrier" to transport the vehicle(s) and hereby assigns all rights to the "Carrier" to fulfill obligations under this agreement. The "Carrier" certifies that it has all proper legal documentation and authority to transport the vehicle(s). In addition, the "Carrier" certifies that it has all proper insurance and compliance credentials to conduct business and transport vehicle(s). The "Carrier" agrees to submit all invoices accompanied with signed delivery receipts to the "Broker / Shipper". Parties agree there will be no additional charges unless otherwise agreed to by the "Broker / Shipper" and the "Carrier".



* 5 0 1 8 1 2 8 0 *



Online BOL | Super Dispatch 

 Online BOL

`* 5 0 1 8 1 2 8 0 *`



Load ID 25549909 LSTE

Glenview, IL, 60025 Apr 28, 2022

Olathe, KS, 66062 Apr 30, 2022

✓ Delivered on Apr 30

Apr 30, 5:01 PM CST

Accepted

Apr 28, 3:20 PM CST

Picked Up

Apr 28 · Scheduled

Apr 28, 4:51 PM CST · Picked Up

Delivered

Apr 30 · Scheduled

Apr 30, 5:01 PM CST · Delivered

5/23/22, 12:47 PM      Online BOL | Super Dispatch



## Damage Code Definitions

2022 Porsche Cayenne SUV

WP1BK2AY7NDA60049

**Pickup Inspection**

Odometer: 555

No inspection notes







+40

| Loose items | Number/ Condition |
|---|---|
| Keys | 2 |
| Remotes | 0 |
| Headrests | 0 |
| Drivable | N/A |

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

5/23/22, 12:47 PM                          Online BOL | Super Dispatch

| Loose Items | Number / Condition |
|---|---|
| Windscreen | N/A |
| Glass (all intact) | N/A |
| Title | N/A |
| Cargo Cover | N/A |
| Spare Tire | N/A |
| Radio | N/A |
| Manual(s) | N/A |
| Navigation Disk | N/A |
| Plugin Charger Cable | N/A |
| Headphones | N/A |

**Delivery Inspection**

Odometer: 555

No inspection notes





5/23/22, 12:47 PM                                    Online BOL | Super Dispatch

Same as Pickup

Powered by Super Dispatch

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

* 5 0 1 8 1 2 8 0 *



37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT





37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

* 5 0 1 8 1 2 8 0 *



**EXHIBIT D**

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



# NORTH SHORE AUTO REBUILDERS

Porsche and Mercedes-Benz
Certified Collision Center
Steve@Northshoreautorebuilders.com
6240 N. Broadway, Chicago, IL 60660
Phone: (773) 743-4385
FAX: (773) 743-2222

| | |
|---|---|
| Workfile ID: | 0 1 8 1 afe2d16 0 * 6LYHft |
| Parts Share: | |
| Federal ID: | 36-4052708 |

## Preliminary Estimate

**RO Number:** 6353

Written By: Aldin Nusinovic

| | | | | | |
|---|---|---|---|---|---|
| Insured: | GLENVIEW LUXURY IMPORTS | Policy #: | | Claim #: | 22-2683690 |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

| | | |
|---|---|---|
| Owner: | Inspection Location: | Insurance Company: |
| GLENVIEW LUXURY IMPORTS | NORTH SHORE AUTO REBUILDERS | PROGRESSIVE INSURANCE |
| | 6240 N. Broadway | |
| | Chicago, IL 60660 | |
| | Repair Facility | |
| | (773) 743-4385 Business | |

## VEHICLE

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| | | | | | |
|---|---|---|---|---|---|
| VIN: | WP1BK2AY7NDA60049 | Interior Color: | BLU | Mileage In: | 563 | Vehicle Out: |
| License: | | Exterior Color: | BLU | Mileage Out: | | |
| State: | | Production Date: | 11/2021 | Condition: | | Job #: |

| TRANSMISSION | CONVENIENCE | AM Radio | Positraction |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | FM Radio | **SEATS** |
| 4 Wheel Drive | Intermittent Wipers | Stereo | Bucket Seats |
| **POWER** | Tilt Wheel | Search/Seek | Leather Seats |
| Power Steering | Cruise Control | Auxiliary Audio Connection | Heated Seats |
| Power Brakes | Rear Defogger | Satellite Radio | Rear Heated Seats |
| Power Windows | Keyless Entry | **SAFETY** | **WHEELS** |
| Power Locks | Alarm | Drivers Side Air Bag | 20" Or Larger Wheels |
| Power Mirrors | Message Center | Passenger Air Bag | **PAINT** |
| Heated Mirrors | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Clear Coat Paint |
| Power Driver Seat | Rear Window Wiper | 4 Wheel Disc Brakes | **OTHER** |
| Power Passenger Seat | Telescopic Wheel | Traction Control | Rear Spoiler |
| Memory Package | Heated Steering Wheel | Stability Control | Signal Integrated Mirrors |
| **DECOR** | Climate Control | Front Side Impact Air Bags | **TRUCK** |
| Dual Mirrors | Backup Camera | Head/Curtain Air Bags | Power Trunk/Liftgate |
| Privacy Glass | Parking Sensors | Rear Side Impact Air Bags | |
| Console/Storage | Home Link | Hands Free Device | |



**Preliminary Estimate**

\* 5 0 1 8 1 2 8 0 \*

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

Overhead Console          **RADIO**          Xenon or L.E.D. Headlamps

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



* 5 0 1 8 1 2 8 0 *

## Preliminary Estimate

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|------|-------------|-------------|-----|-----------------|-------|-------|
| 1 | # | Subl | TOW IN | | 1 | 305.00 X | | |
| 2 | **INFORMATION LABELS** | | | | | | |
| 3 | | Rpl | Information labels | | | | 0.3 |
| 4 | | Repl | Info label engine oil 4.0L | 9Y0010043R | 1 | 32.98 | Incl. | |
| 5 | * | Repl | Vehicle ID | 95B010004 | 1 | 202.76 | Incl. | |
| 6 | | Repl | Info label coolant w/o e-hybrid | 9Y0010014C | 1 | 32.98 | Incl. | |
| 7 | # | Repl | A/C Label | 970123456789 | 1 | 45.99 | | |
| 8 | **FRONT BUMPER & GRILLE** | | | | | | |
| 9 | | | O/H bumper assy | | | | 4.3 | |
| 10 | | Repl | Spoiler | 9Y0807061LOK1 | 1 | 3,790.35 | Incl. | 1.4 |
| 11 | | | Add for Clear Coat | | | | | 0.6 |
| 12 | & | Rpr | Bumper cover w/o auto park | | | | 3.0 | 3.3 |
| 13 | | | Add for Clear Coat | | | | | 1.3 |
| 14 | | Repl | RT Outer cover | 9Y0807796OK1 | 1 | 240.46 | Incl. | 0.4 |
| 15 | | | Overlap Minor Panel | | | | | -0.2 |
| 16 | | | Add for Clear Coat | | | | | 0.1 |
| 17 | | Repl | Add for camera night vision | | 1 | | 0.3 | |
| 18 | | Repl | RT Front trim | 9Y0807676OK1 | 1 | 128.96 | Incl. | |
| 19 | **FRONT LAMPS** | | | | | | |
| 20 | | R&I | RT R&I headlamp assy | | | | 0.5 | |
| 21 | | R&I | LT R&I headlamp assy | | | | 0.5 | |
| 22 | | R&I | RT Daytime run lamp w/Turbo, Turbo S | | | | 0.3 | |
| 23 | | R&I | LT Daytime run lamp w/Turbo, Turbo S | | | | 0.3 | |
| 24 | | R&I | RT Side marker lamp w/Turbo, Turbo S | | | | Incl. | |
| 25 | | R&I | LT Side marker lamp w/Turbo, Turbo S | | | | 0.2 | |
| 26 | **HOOD** | | | | | | |
| 27 | | Repl | Hood (ALU) | 95882303100GRV | 1 | 2,318.42 | 1.5 | 3.0 |
| 28 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 29 | | | Add for Clear Coat | | | | | 0.5 |
| 30 | | | Add for Underside(Complete) | | | | | 1.5 |
| 31 | | | Add for Clear Coat | | | | | 0.3 |
| 32 | | Repl | Emblem | 9P1853601 | 1 | 118.26 | 0.2 | |
| 33 | | Repl | RT Hinge w/o enhanced ped. protection | 9Y0823302E | 1 | 71.66 | 0.3 | 0.3 |
| 34 | **FENDER** | | | | | | |
| 35 | | Repl | RT Fender | 9Y0821106DYGRV | 1 | 766.56 | 2.5 | 2.6 |
| 36 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 37 | | | Add for Clear Coat | | | | | 0.5 |
| 38 | | | Add for Edging | | | | | 0.5 |
| 39 | | | Add for Clear Coat | | | | | 0.1 |

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



## Preliminary Estimate

**\* S 0 1 8 1 2 8 0 \***

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8 4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| # | Op | Description | Part No. | Qty | Price | Hrs | |
|---|---|---|---|---|---|---|---|
| 40 | Repl | RT Center bracket | 95882143201GRV | 1 | 40.16 | 0.2 | 0.3 |
| 41 | | Add for Clear Coat | | | | | 0.1 |
| 42 | Repl | RT Rear bracket | 95882116601GRV | 1 | 32.91 | 0.2 | 0.3 |
| 43 | | Add for Clear Coat | | | | | 0.1 |
| 44 | R&I | RT Fender liner w/o arch extensions | | | | | Incl. |
| 45 | R&I | LT Fender liner w/o arch extensions | | | | | 0.5 |
| 46 | R&I | RT Fender ledge cvr | | | | | 0.1 |
| 47 | R&I | LT Fender ledge cvr | | | | | 0.1 |
| 48 | Repl | RT Wheel opng mldg front | 9Y0853718DG2X | 1 | 176.75 | 0.3 | 0.3 |
| 49 | | Add for Clear Coat | | | | | 0.1 |
| 50 | Repl | RT End cover | 9Y0854778AOK1 | 1 | 51.73 | 0.1 | |
| 51 # | Repl | Clean & re-tape mldg(s) | | 1 | 20.00 | 0.5 | |
| 52 | Repl | RT Wheel opng mldg rear | 9Y0853818G2X | 1 | 186.62 | 0.3 | 0.8 |
| 53 | | Overlap Minor Panel | | | | | -0.2 |
| 54 | | Add for Clear Coat | | | | | 0.1 |
| 55 | Blnd | LT Fender | | | | | 1.3 |
| 56 | R&I | LT Wheel opng mldg rear | | | | | 0.3 |
| 57 # | Repl | Clean & re-tape mldg(s) | | 1 | 25.00 | 0.5 | |
| 58 | **WHEELS** | | | | | | |
| 59 | Repl | RT/Front Wheel, alloy Sport design-platinum satin front | 9Y3601025ANOB5 | 1 | 2,847.97 m | 0.3 | |
| 60 | Repl | LT/Front Wheel, alloy Sport design-platinum satin front | 9Y3601025ANOB5 | 1 | 2,847.97 m | 0.3 | |
| 61 | Repl | RT/Rear Wheel, alloy Sport design-platinum satin rear | 9Y3601025APOB5 | 1 | 2,903.77 m | 0.3 | |
| 62 | Repl | LT/Rear Wheel, alloy Sport design-platinum satin rear | 9Y3601025APOB5 | 1 | 2,903.77 m | 0.3 | |
| 63 # | | Mount and Balance | | 4 | 300.00 X | | |
| 64 | **WINDSHIELD** | | | | | | |
| 65 | Repl | RT Water deflector w/Coupe | 9Y38543289B9 | 1 | 24.27 | Incl. | |
| 66 | Repl | LT Water deflector w/Coupe | 9Y38543279B9 | 1 | 24.27 | Incl. | |
| 67 | R&I | Windshield Porsche, w/o shatterproof w/o head up display | | | | Incl. | |
| 68 | Repl | Adhesive kit | 000043305351 | 1 | 173.22 | | |
| 69 | **RESTRAINT SYSTEMS** | | | | | | |
| 70 | R&I | RT Head air bag w/Coupe | | | | m | 0.7 M |
| 71 | **SEATS & TRACKS** | | | | | | |
| 72 | R&I | R&I rear seat | | | | Incl. | |
| 73 | R&I | LT R&I front seat | | | | 0.5 | |
| 74 | **ROOF** | | | | | | |
| 75 | R&I | R&I headliner | | | | Incl. | |
| 76 * | Rpr. | RT Roof rail | | | | 2.0 1 | 1.5 |
| 77 | | Add for Clear Coat | | | | | 0.3 |
| 78 | Repl | Roof panel | 9Y3898014J | 1 | 17,491.49 | 26.5 | |
| 79 | Repl | Roof panel adhesive kit | 00004330535 | 2 | 346.44 | | |

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



Preliminary Estimate                    * 5 0 1 8 1 2 8 0 *

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | | Repl | RT Side reinf gasket | 9Y3817668B | 1 | 262.40 | |
| 81 | | Repl | LT Side reinf gasket | 9Y3817667B | 1 | 262.40 | |
| 82 | | Repl | Rear header gasket | 9Y3898020 | 1 | 262.40 | |
| 83 | **PILLARS, ROCKER & FLOOR** | | | | | | |
| 84 | | Repl | RT Rear section | 9Y3809530YGRV | 1 | 1,517.60 | 7.5 | 1.0 |
| 85 | * | | Add for Clear Coat | | | | | 0.2 |
| 86 | | Repl | RT Mount bracket w/off road pkg | 9Y0853720 | 1 | 890.05 | |
| 87 | * | R&I | Front shield w/o dynamic chassis control | | | | 0.5 |
| 88 | * | R&I | RT Side shield | | | | 1.0 |
| 89 | | Repl | RT Rocker molding w/o off road pkg | 9Y0853858OK1 | 1 | 128.21 | 0.6 |
| 90 | **FRONT DOOR** | | | | | | |
| 91 | | Repl | RT Front w'strip | 9Y0837718A | 1 | 70.56 | Incl. |
| 92 | | Repl | RT Door w'strip | 9Y3837911 | 1 | 217.33 | Incl. |
| 93 | | Repl | RT Door shell | 9Y3831052YGRV | 1 | 1,918.22 | 5.9 | 3.2 |
| 94 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 95 | * | | Add for Clear Coat | | | | | 0.6 |
| 96 | * | Repl | RT Rear cover carbon | 9Y1857528BO3G | 1 | 1,938.90 | 0.5 | 0.0 |
| 97 | | Repl | RT Applique clip | PAF83719900 | 3 | 2.34 | |
| 98 | **REAR DOOR** | | | | | | |
| 99 | | Repl | RT Door shell | 9Y3833052YGRV | 1 | 1,829.81 | 5.5 | 3.0 |
| 100 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 101 | * | | Add for Clear Coat | | | | | 0.5 |
| 102 | | Repl | RT Front w'strip | 9Y083971BA | 1 | 70.56 | Incl. |
| 103 | | Repl | RT Lower molding w/o Sport Design pkg. black | 9Y0837096CYOK1 | 1 | 204.26 | 0.3 |
| 104 | | Repl | RT Door w'strip | 9Y3839911 | 1 | 217.33 | Incl. |
| 105 | **QUARTER PANEL** | | | | | | |
| 106 | | Repl | RT Wheelhouse liner | 9Y3810908 | 1 | 250.42 | Incl. |
| 107 | | Repl | RT Quarter panel w/o e-hybrid | 9Y3809036BYGRV | 1 | 2,308.60 | 21.0 1 | 3.0 |
| 108 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 109 | * | | Add for Clear Coat | | | | | 0.5 |
| 110 | | | Deduct for Overlap | | | | -1.5 1 | |
| 111 | | Repl | RT Fuel pocket w/o e-hybrid | 9Y3809857E | 1 | 197.62 | 0.3 |
| 112 | | R&I | RT Qtr glass Porsche, black molding w/o noise cancel | | | | Incl. |
| 113 | | Repl | RT Adhesive kit | 00004330535 | 1 | 173.22 | |
| 114 | | R&I | RT Lwr pillar trim black | | | | Incl. |
| 115 | | R&I | RT Upr pillar trim cloth black | | | | Incl. |
| 116 | | R&I | LT Upr pillar trim cloth black | | | | Incl. |
| 117 | | Repl | RT Wheel opng mldg w/Sport Design pkg. front molding | 9Y3854828G2X | 1 | 201.57 | 0.3 | 0.5 |
| 118 | | | Overlap Minor Panel | | | | | -0.2 |
| 119 | * | | Add for Clear Coat | | | | | 0.1 |
| 120 | | Repl | RT Wheel opng mldg w/Sport | 9Y3854732CG2x | 1 | 233.49 | 0.3 | 0.5 |

Preliminary Estimate


\* 5 0 1 8 1 2 8 0 \*

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8 4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Design pkg, rear molding | | | | | |
| 121 | | | Overlap Minor Panel | | | | | 0.2 |
| 122 | * | | Add for Clear Coat | | | | | 0.1 |
| 123 | | **LIFT GATE** | | | | | | |
| 124 | * | Rpr | Spoiler | | | | 1.0 | 1.6 |
| 125 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 126 | * | | Add for Clear Coat | | | | | 0.3 |
| 127 | * | Rpr | Top cover | | | | 3.0 | 0.8 |
| 128 | | | Overlap Minor Panel | | | | | -0.2 |
| 129 | * | | Add for Clear Coat | | | | | 0.1 |
| 130 | | Repl | Top cover seal strip | 9Y3827139 | 1 | 5.82 | | |
| 131 | * | Rpr | Spoiler w/GT | | | | 3.0 | Incl. |
| 132 | * | R&I | Edge molding w/GT | | | | 2.0 | |
| 133 | * | Rpr | Edge molding w/GT | | | | 1.0 | 1.5 |
| 134 | * | | Add for Clear Coat | | | | | 0.3 |
| 135 | | R&I | R&I spoiler | | | | 0.5 | |
| 136 | | Repl | Drive unit mount kit | 9Y3898010A | 1 | 246.56 | | |
| 137 | | **REAR LAMPS** | | | | | | |
| 138 | | R&I | RT Tail lamp assy w/LED | | | | Incl. | |
| 139 | | R&I | LT Tail lamp assy w/d LED | | | | 0.4 | |
| 140 | | **REAR BUMPER** | | | | | | |
| 141 | | | O/H bumper assy | | | | 3.0 | |
| 142 | | | Deduct for Rear Bumper R&I | | | | -1.2 | |
| 143 | | **VEHICLE DIAGNOSTICS** | | | | | | |
| 144 | * | Rpr | Pre-repair scan | | | | m | 1.0 M |
| 145 | * | Rpr | Post-repair scan | | | | m | 1.0 M |
| 146 | # | Subl | Calibrations post repair | | 1 | 2,500.00 | X | |
| 147 | # | Subl | Allgrimient | | 1 | 399.00 | X | |
| 148 | | **MISCELLANEOUS OPERATIONS** | | | | | | |
| 149 | | Repl | Cover car/bag | | 4 | | | 0.2 |
| 150 | # | Rpr | Color tint / color match | | | | | 0.5 |
| 151 | # | Subl | Hazardous waste removal | | 1 | 5.00 | T | |
| 152 | # | Rpr | Color sand and buff | | | | | 4.0 |
| 153 | # | Repl | Flex additive | | 3 | 30.00 | T | |
| 154 | # | Rpr | Feather edge prime and block | | | | | 3.0 |
| 155 | # | Rpr | Clean/Sanitize Veh - COVID-19 | | | | 1.0 | |
| 156 | # | Repl | Corrosion protection primer | | 5 | 100.00 | T | 1.0 |
| 157 | # | Repl | Boron drill bit KT 150801 | | 1 | 180.00 | T | |
| 158 | # | Repl | Cavity Wax - 3M 08852 | | 1 | 31.87 | T | 0.3 |
| 159 | # | Rpr | Clean for delivery/post-repair | | | | | 1.0 |
| 160 | # | Refn | Cover Interior | | | | | 2.0 |
| 161 | # | Rpr | Disconnect battery cable | | | | 0.5 M | |
| 162 | # | Repl | Expansion Foam - 3M 8463 | | 1 | 65.37 | T | 0.5 |
| 163 | # | Rpr | Fabricate sleeves/flanges, reinforcing inserts | | | | 1.0 | |

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



**Preliminary Estimate**

\* 5 0 1 8 1 2 8 0 \*

**RO Number: 6353**

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 164 | # | Repl | Structural Adhesive | | 4 | 1,980.00 | T | 0.5 |
| 165 | # | Rpr | Paint Protection Film - Removal | | | | | 1.0 |
| 166 | # | Repl | Mixing Tip - 3M 08193 | | 16 | 15.18 | T | |
| 167 | # | Refn | Let down panel/spray out cards | | | | | 0.5 |
| 168 | # | Rpr | Mask engine | | | | | 0.5 |
| 169 | # | Rpr | Mask jambs/openings | | | | | 1.0 |
| 170 | # | Subl | Towing | | 1 | 305.00 | X | |
| 171 | # | Repl | Specialty Rivet - 3M 14940071 | | 1 | 2.50 | T | |
| 172 | # | Rpr | Reset memory functions - per manufacturer | | | | 1.0 | M |
| 173 | # | Repl | Seam Sealer, self-leveling - 3M 200ml 08307 | | 1 | 54.29 | T | 1.0 |
| 174 | # | Repl | Weld-Thru Primer - 3M 05917 | | 1 | 25.00 | T | 0.5 |
| 175 | # | Repl | Sound Deadening Pad - 3M 08840 | | 2 | 70.00 | T | 0.5 |
| 176 | # | | Mask for primer | | 1 | | | 2.0 |
| 177 | # | | Clean Adjacent Weld Zones | | 1 | | | 2.0 |
| 178 | # | | Misc Hardware | | 1 | 200.00 | | |
| | | | **SUBTOTALS** | | | 57,623.80 | 115.1 | 51.9 |

**ESTIMATE TOTALS**

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 51,455.59 |
| Body Labor | 89.4 hrs | @ | $ 105.00 /hr | 9,387.00 |
| Paint Labor | 51.9 hrs | @ | $ 105.00 /hr | 5,449.50 |
| Mechanical Labor | 4.2 hrs | @ | $ 162.00 /hr | 680.40 |
| Aluminum | 21.5 hrs | @ | $ 105.00 /hr | 2,257.50 |
| Paint Supplies | 51.9 hrs | @ | $ 45.00 /hr | 2,335.50 |
| Body Supplies | 101.8 hrs | @ | $ 3.00 /hr | 305.40 |
| Miscellaneous | | | | 6,368.21 |
| Subtotal | | | | 78,239.10 |
| Sales Tax | $ 56,655.70 | @ | 10.2500 % | 5,807.21 |
| **Grand Total** | | | | 84,046.31 |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | 0.00 |
| **INSURANCE PAY** | | | | 84,046.31 |

ILLINOIS LAW REQUIRES THAT VEHICLE REPAIRERS MUST BE LICENSED IN ACCORDANCE WITH SECTION 5-301 OF THE ILLINOIS VEHICLE CODE.

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT



**Preliminary Estimate**

`* 5 0 1 8 1 2 8 0 *`

RO Number: 5353

2022 PORS Cayenne Turbo GT AWD w/Sloped Roof Frame 4D UTV 8-4.0L Turbocharged Gasoline Gasoline Direct Injection BLU

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ERQ6943, CCC Data Date 04/08/2022, and potentially other third party sources of data; and (b) the parts presented are OEM parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or through the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2022 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category: X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

Urgent



This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Insert shipping document
under window from the t**

37 Pages SCANNED Wed, 27 Jul 2022 12:44:25 GMT

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&do.... 1/1

LILLY DIXON
8473829195
KELLEHER+HOLLAND, LLC
102 S WYNSTONE PARK DR
NORTH BARRINGTON IL 60010

**0.2 LBS LTR**          **1 OF 1**

**SHIP TO:**
PROGRESSIVE PREFERRED INSURANCE CO
6300 WILSON MILLS ROAD
**MAYFIELD VILLAGE OH 44143-2109**





**OH 440 9-30**

**UPS 2ND DAY AIR**          **2**

TRACKING #: 1Z 113 E5V NY 2382 4840



BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

Reference # 1: Guardian Auto

CS 23.6.55    WNTNV50 3DKIA 07/2022

RECEIVED
JUL 2 6 2022

COMMERCIAL CLAIMS