# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

GLENVIEW LUXURY IMPORTS, LLC, an )
Illinois limited liability company, )
)
         *Plaintiff*, ) Case No. 22 C 4314
)
      v. ) Judge Virginia M. Kendall
)
GUARDIAN AUTO TRANSPORT, LLC, )
an Illinois limited liability company, )
IDELIVERY, INC., an Ohio corporation, )
and GDEKA, INC., an Ohio corporation, )
)
         *Defendants*. )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

   and against Defendant(s)

      which ☐ includes    pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of Defendant(s)
   and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiff's motion to remand is granted. (Dkt. 10). Plaintiff's separate motion for sanctions under Rule 11 is denied. (*Id.*) The Clerk of Court is directed to remand this case to the Circuit Court of Cook County forthwith.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 9/19/2022                               Thomas G. Bruton, Clerk of Court

                                                           /s/Lynn Kandziora , Deputy Clerk